**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| In Re: | Case No:    05-65886 |
| STEPHANIE L METZLER | |
| PO BOX 224 | Judge:    John E. Hoffman Jr. |
| OAK HILL, OH  45656 | |

SSN(S):    XXX-XX-2563

**NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS**

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry

Fund.

Dated:  November 29, 2010          /s/ Frank M. Pees
                                                           Frank M. Pees
                                                           Chapter 13 Trustee

| **Name and Address** | **Amount** |
|---|---|
| STEPHANIE L METZLER | 46.16 |
| PO BOX 224 | |
| OAK HILL, OH  45656 | |